# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN H. COTTRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN G. STUMPF; JOHN D. BAKER II; JOHN S. CHEN; LLOYD H. DEAN; SUSAN E. ENGEL; ENRIQUE HERNANDEZ, JR.; DONALD M. JAMES; RICHARD D. MCCORMICK; MACKEY J. MCDONALD; CYNTHIA H. MULLIGAN; NICHOLAS G. MOORE; PHILIP J. QUIGLEY; JUDITH M. RUNSTAD; STEVEN W. WANGER; SUSAN G. SWENSON; and RICHARD M. KOVACEVICH;<br><br>    Defendants,<br><br>    and<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>    Nominal Defendant. | CASE NO.: 11-CV-3006-SI<br><br>[P~~ROPOS~~ED] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL OF *COTTRELL* ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Hearing Date:  N/A<br>Time:           N/A<br>Courtroom:   Hon. Susan Illston<br><br>Complaint Filed: June 17, 2011 |

Based on Plaintiffs' Request for Voluntary Dismissal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the *Cottrell* Action only is dismissed without prejudice and without the need to provide notice of such dismissal.

Dated: August ~~11~~, 2011        _____
                                                    HON. SUSAN ILLSTON
                                                    United States District Court Judge

ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL                    CASE NO.: 11-CV-3006-SI